UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Andrew J. Deskins                                      Docket No. 5:14-MJ-1116-1

**Petition for Action on Probation**

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Andrew J. Deskins , who, upon an earlier plea of guilty to Possession of Marijuana, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on May 6, 2015, to 12 months probation under 18 U.S.C. §3607, with no order of conviction.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Supervision of this case was immediately transferred to the district in which the defendant resides, the Eastern District of Pennsylvania. The probation office in that district advised that the defendant is undergoing some mental issues and sought out mental health treatment on his own initiative. The probation office considers it appropriate to now make mental health treatment a requirement of probation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                  I declare under penalty of perjury that the foregoing
                                                        is true and correct.


/s/ Robert K. Britt                                     /s/ Thomas E. Sheppard
Robert K. Britt                                         Thomas E. Sheppard
Senior U.S. Probation Officer                           U.S. Probation Officer
                                                        310 Dick Street
                                                        Fayetteville, NC 28301-5730
                                                        Phone: 910-354-2541
                                                        Executed On: December 3, 2015

**ORDER OF THE COURT**

Considered and ordered this ___8th___ day of ___December___, 2015 and ordered filed and made a part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge